# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENESSA RENEE MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>Defendant. | Case No.: 1:21-CV-01696-GSA<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing; further develop the record as necessary; consider all pertinent issues *de novo*, including whether medical improvement occurred, in accordance with 20 CFR 416.994, and reconsidering the medical opinion and prior administrative medical findings; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                              Respectfully submitted,

Dated: March 9, 2022                 */s/ Jonathan Pena\**
                                              (\*as authorized via e-mail on 3/9/22)
                                              JONATHAN PENA
                                              Attorney for Plaintiff

Dated: March 9, 2022                 PHILLIP A. TALBERT

1

                         United States Attorney
                         PETER K. THOMPSON
                         Acting Regional Chief Counsel, Region IX
                         Social Security Administration

By:    */s/ Marcelo Illarmo*
        MARCELO ILLARMO
        Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

     Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:  **March 10, 2022**           **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE