1

2

3

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

4

5
Venessa Renee Maldonado,

Case No.  1:21-cv-01696-DAD-GSA

6

Plaintiff,

7

**STIPULATION FOR THE AWARD**
**AND PAYMENT OF ATTORNEY**
**FEES AND EXPENSES PURSUANT**
**TO THE EQUAL ACCESS TO**
**JUSTICE ACT; ORDER**

8
v.

9
Kilolo Kijakazi, Acting
Commissioner of Social Security,

10

11
Defendant.

12      IT IS HEREBY STIPULATED by and between the parties through their

13 undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded

14 attorney fees and expenses in the amount of SIX HUNDRED SEVENTY-FOUR

15 DOLLARS and 37/100 ($674.37) under the Equal Access to Justice Act (EAJA), 28

16 U.S.C. § 2412(d), and cost in the amount of zero dollars ($0.00) under 28 U.S.C. §1920.

17 This amount represents compensation for all legal services rendered on behalf of

18 Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §

19 2412(d).

20      After the Court issues an order for EAJA fees to Plaintiff, the government will

21 consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to

22 *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability

23 to honor the assignment will depend on whether the fees are subject to any offset

24 allowed under the United States Department of the Treasury's Offset Program.  After

25 the order for EAJA fees is entered, the government will determine whether they are

26 subject to any offset.

27

28

1  Fees shall be made payable to Plaintiff, but if the Department of the Treasury

2  determines that Plaintiff does not owe a federal debt, then the government shall cause

3  the payment of fees, expenses and costs to be made directly to Counsel, pursuant to

4  the assignment executed by Plaintiff.  Any payments made shall be delivered to

5  Plaintiff's counsel, Jonathan O. Peña.

6  This stipulation constitutes a compromise settlement of Plaintiff's request for

7  EAJA attorney fees, and does not constitute an admission of liability on the part of

8  Defendant under the EAJA or otherwise.  Payment of the agreed amount shall

9  constitute a complete release from, and bar to, any and all claims that Plaintiff and/or

10  Counsel including Counsel's firm may have relating to EAJA attorney fees in

11  connection with this action.

12  This award is without prejudice to the rights of Counsel and/or Counsel's firm

13  to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the

14  savings clause provisions of the EAJA.

Respectfully submitted,

15

16

17  Dated: June 9, 2022            /s/ *Jonathan O. Peña*

18                                 JONATHAN O. PEÑA
                                   Attorney for Plaintiff

19

20  Dated: June 9, 2022            PHILLIP A. TALBERT

21                                 United States Attorney
                                   PETER K. THOMPSON

22                                 Acting Regional Chief Counsel, Region IX

23                                 Social Security Administration

24                              By:  *_Marcelo N. Illarmo_

25                                 Marcelo N. Illarmo
                                   Special Assistant U.S. Attorney

26                                 Attorneys for Defendant

27                                 (*Permission to use electronic signature
                                   obtained via email on June 9, 2022).

28

-2-

1

2

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access

to Justice Act Fees and Expenses (the "Stipulation"),

   **IT IS ORDERED** that fees and expenses in the amount of SIX HUNDRED

SEVENTY-FOUR DOLLARS and 37/100 ($674.37) as authorized by the Equal Access

to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the

Stipulation.

IT IS SO ORDERED.

   Dated:   __June 11, 2022__            _____/s/ Gary S. Austin__
                                               UNITED STATES MAGISTRATE JUDGE

-3-